In the Matter of the Application of EDWARD F. BRUSH, Appellant, for a Writ of Mandamus against THE BOARD OF INSPECTORS OF ELECTION OF THE FIRST ELECTION DISTRICT OF THE SECOND WARD OF THE CITY OF MOUNT VERNON, Respondents.

*Matter of Brush,* 74 App. Div. ——, affirmed.
(Argued June 23, 1902; decided June 27, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 13, 1902, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus directing the recanvass of votes cast for the office of mayor in the first election district of the second ward of the city of Mount Vernon.

*Roger M. Sherman* for appellant.

*William N. Dykman, William A. Ferguson* and *Charles W. Sinnott* for respondents.

Order affirmed, with costs ; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

———————

CHARLES LAUTZ, Respondent, *v.* FRANK F. WILLIAMS et al., Defendants, and EDMUND R. SHAW, Appellant.

*Lautz* v. *Williams,* 57 App. Div. 622, affirmed.
(Argued June 19, 1902; decided June 27, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 7, 1900, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Tracy C. Becker* for appellant.

*Charles M. Hughson, Adelbert Moot, Frank F. Williams* and *Arthur H. Williams* for respondents.

Judgment affirmed, with costs ; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN, VANN and CULLEN, JJ.